IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| ROBERT and SHEILA JOHNSON, individually, on behalf of the estate of Mitchell Johnson, deceased, and as next of kin of Elisha and Tara Johnson,<br><br>        Plaintiffs,<br>v.<br><br>GENERAL MOTORS CORPORATION,<br><br>        Defendant. | **ORDER FOR DISMISSAL WITH PREJUDICE**<br><br>Court File No.  0:05-cv-782 MJD/JGL |

## ORDER

Upon the Stipulation of all parties through their respective counsel,

IT IS HEREBY ORDERED, that the above-entitled action, together with all claims and causes of action that were or which might have been alleged therein, shall be dismissed with prejudice and on the merits, but without further costs to any of the parties.

LET JUDGMENT BE ENTERED ACCORDINGLY.


Dated:  This __5__ day of __August__, 2005.


        BY THE COURT:

        _s/Michael J. Davis_
        MICHAEL J. DAVIS
        UNITED STATES DISTRICT COURT JUDGE